**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-52308 |
| | § | |
| MMS RESOURCES, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Phaedra Spradlin, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $114.00 | Assets Exempt: | NA |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $357,103.24 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $242,896.76 | | |

3) Total gross receipts of $600,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $600,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $10,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $242,896.76 | $242,896.76 | $242,896.76 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $71,066.76 | $71,066.76 | $71,066.76 |
| General Unsecured Claims (from **Exhibit 7**) | $123,845.00 | $1,525,513.95 | $1,144,426.46 | $286,036.48 |
| **Total Disbursements** | $133,845.00 | $1,872,727.47 | $1,491,639.98 | $600,000.00 |

4). This case was originally filed under chapter 7 on 08/15/2011. The case was pending for 74 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/16/2017     By:   /s/ Phaedra Spradlin
                                    Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Debtor has a lawsuit pending against Pivotal Payments, Inc. and Damian Tanenbaum for breach of the sale contract and oth | 1149-000 | $600,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$600,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Miller Wells, PLLC | 4110-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$10,000.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Phaedra Spradlin, Chapter 7 Trustee, Trustee | 2100-000 | NA | $33,250.00 | $33,250.00 | $33,250.00 |
| Phaedra Spradlin, Trustee | 2200-000 | NA | $155.66 | $155.66 | $155.66 |
| International Sureties LTD | 2300-000 | NA | $149.76 | $149.76 | $149.76 |
| Integrity Bank | 2600-000 | NA | $4,064.93 | $4,064.93 | $4,064.93 |
| Kentucky State Treasurer | 2820-000 | NA | $175.00 | $175.00 | $175.00 |
| Miller Wells, Attorney for Trustee | 3210-000 | NA | $45,333.34 | $45,333.34 | $45,333.34 |
| Miller Wells PLLC, Attorney for Trustee | 3210-000 | NA | $110,222.22 | $110,222.22 | $110,222.22 |
| Miller Wells PSC, Attorney for Trustee | 3210-000 | NA | $44,444.44 | $44,444.44 | $44,444.44 |
| Miller Wells, Attorney for Trustee | 3220-000 | NA | $2,610.16 | $2,610.16 | $2,610.16 |
| Dean Dorton Allen Ford, PLLC, Accountant for Trustee | 3410-000 | NA | $2,491.25 | $2,491.25 | $2,491.25 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $242,896.76 | $242,896.76 | $242,896.76 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | KENTUCKY DEPARTMENT OF REVENUE | 5800-000 | $0.00 | $899.76 | $899.76 | $899.76 |
| 4 | INTERNAL REVENUE SERVICE | 5800-000 | $0.00 | $70,167.00 | $70,167.00 | $70,167.00 |
| | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Kentucky Revenue Cabinet | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $71,066.76 | $71,066.76 | $71,066.76 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | AMERICAN ELECTRIC POWER | 7100-000 | $0.00 | $986.78 | $986.78 | $246.62 |
| 3 | LIBERTY HOLDING GROUP, INC. | 7100-000 | $0.00 | $677,342.79 | $677,342.79 | $169,294.18 |
| 4a | INTERNAL REVENUE SERVICE | 7100-000 | $0.00 | $37,293.27 | $37,293.27 | $9,321.03 |
| 5 | NAGLE PROPERTIES A/K/A PEACHTREE PROPERTY INC | 7100-000 | $0.00 | $79,891.11 | $63,803.62 | $15,946.99 |
| 6(h) | Beth Roberts | 7100-000 | $0.00 | $15,000.00 | $15,000.00 | $0.00 |
| 6(f) | Christy Goldsworthy | 7100-000 | $0.00 | $40,000.00 | $40,000.00 | $9,997.55 |
| 6 | EEOC - LOUISVILLE AREA OFFICE | 7100-000 | $0.00 | $365,000.00 | $0.00 | $0.00 |
| 6(i) | Gina McDowell | 7100-000 | $0.00 | $10,000.00 | $10,000.00 | $2,499.39 |
| 6(g) | Ludi Harley | 7100-000 | $0.00 | $30,000.00 | $30,000.00 | $7,498.16 |
| 6(j) | Michell | 7100-000 | $0.00 | $10,000.00 | $10,000.00 | $2,499.39 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | (McBride) Young | | | | | |
| 6(e) | Misty Yates | 7100-000 | $0.00 | $50,000.00 | $50,000.00 | $12,496.94 |
| 6(d) | Nichole (Adams) Vanderpool | 7100-000 | $0.00 | $50,000.00 | $50,000.00 | $12,496.94 |
| 6(c) | Rosi Moreland | 7100-000 | $0.00 | $50,000.00 | $50,000.00 | $12,496.94 |
| 6(k) | Tammy Ronan | 7100-000 | $0.00 | $10,000.00 | $10,000.00 | $0.00 |
| 6(b) | Traci Riddle | 7100-000 | $0.00 | $50,000.00 | $50,000.00 | $12,496.94 |
| 6(a) | Wanda Reaper | 7100-000 | $0.00 | $50,000.00 | $50,000.00 | $12,496.94 |
| | CLERK, U.S. BANKRUPTCY COURT (Claim No. 6(h); Beth Roberts) | 7100-001 | $0.00 | $0.00 | $0.00 | $3,749.08 |
| | CLERK, U.S. BANKRUPTCY COURT (Claim No. 6(j); Michell (McBride) Young) | 7100-001 | $0.00 | $0.00 | $0.00 | $2,499.39 |
| | AEP Kentucky Power | 7100-000 | $987.00 | $0.00 | $0.00 | $0.00 |
| | Bliss Marketing, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | FedEx | 7100-000 | $5,030.00 | $0.00 | $0.00 | $0.00 |
| | Liberty Holding Group, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Miller Wells, PLLC | 7100-000 | $42,000.00 | $0.00 | $0.00 | $0.00 |
| | Monitronics | 7100-000 | $400.00 | $0.00 | $0.00 | $0.00 |
| | Peachtree Properties, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sandberg Phoenix & von Gontard PC | 7100-000 | $29,594.00 | $0.00 | $0.00 | $0.00 |
| | Sprint | 7100-000 | $9,020.00 | $0.00 | $0.00 | $0.00 |
| | Suzette Bryant | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | United Parcel Service | 7100-000 | $10,800.00 | $0.00 | $0.00 | $0.00 |
| | Windstream BK Dept | 7100-000 | $12,188.00 | $0.00 | $0.00 | $0.00 |
| | Xerox Corp | 7100-000 | $13,826.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $123,845.00 | $1,525,513.95 | $1,144,426.46 | $286,036.48 |

**UST Form 101-7-TDR (10/1/2010)**

| Case No.: | 11-52308 | | | Trustee Name: | Phaedra Spradlin |
|---|---|---|---|---|---|
| Case Name: | MMS RESOURCES, INC. | | | Date Filed (f) or Converted (c): | 08/15/2011 (f) |
| For the Period Ending: | 11/16/2017 | | | §341(a) Meeting Date: | 09/19/2011 |
| | | | | Claims Bar Date: | 01/03/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Kentucky Farmers Bank, Ashland, KY Business Checking Account | $114.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**  funds removed from account prior to filing petition | | | | | |
| 2  Debtor has a lawsuit pending against Pivotal Payments, Inc. and Damian Tanenbaum for breach of the sale contract and other related claims. Debtor claims Pivotal owes it more money from the sale of its assets in 2010. Debtor believes it is owed an undetermined amount of money. | Unknown | $600,000.00 | | $600,000.00 | FA |
| **Asset Notes:**  case settled per order dated 12/4/2015, Doc. # 26 for $600,000.00 to be paid in installments; last payment due in June, 2016 | | | | | |

**TOTALS (Excluding unknown value)**                                                                        **Gross Value of Remaining Assets**

                              $114.00              $600,000.00                         $600,000.00                         $0.00

---

**Major Activities affecting case closing:**

| | |
|---|---|
| 10/28/2017 | Located as many plaintiffs as I could in the EEOC action brought against Debtor and its principal. Paid all plaintiffs per the proposed distribution. Paid remaining funds into Treasury Registry. TDR 10/23/2017. |
| 03/31/2017 | Trying to track down last two people to receive distributions. Working with EEOC in Louisville to find these women. |
| 03/28/2016 | Settled lawsuit for $600,000.00. Taking payments; last payment due June 2016 |
| 04/07/2015 | Attorney representing estate has filed a motion for summary judgment in the state court action; awaiting ruling. |
| 03/25/2014 | The attorney handling the case for the estate is preparing to file a motion for summary judgment. |

Initial Projected Date Of Final Report (TFR):         Current Projected Date Of Final Report (TFR):   07/29/2016     /s/ PHAEDRA SPRADLIN
                                                                                                                      PHAEDRA SPRADLIN

**FORM 2**

Page No: 1     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 11-52308 | **Trustee Name:** Phaedra Spradlin |
| **Case Name:** | MMS RESOURCES, INC. | **Bank Name:** Integrity Bank |
| **Primary Taxpayer ID #:** | **-***1162 | **Checking Acct #:** ******2308 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 8/15/2011 | **Blanket bond (per case limit):** $6,000,000.00 |
| **For Period Ending:** | 11/16/2017 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/08/2016 | (2) | Miller & Wells, PLLC | partial settlement payment per order dated 12/4/2015, Doc. # 26 | 1149-000 | $266,666.66 | | $266,666.66 |
| 02/12/2016 | 3001 | Miller Wells PLLC | paid per order of court dated 2/8/2016: 1/3 of funds received in installments; Doc# 29 | 3210-000 | | $88,000.00 | $178,666.66 |
| 02/23/2016 | (2) | Pivotal Payments, Inc. | partial settlement paid per order dated 12/4/2015, Doc. # 26 | 1149-000 | $66,666.66 | | $245,333.32 |
| 02/23/2016 | 3002 | Miller Wells PLLC | paid per order of court dated 2/8/2016: 1/3 of funds received in installments; Doc. 29 | 3210-000 | | $22,222.22 | $223,111.10 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $246.88 | $222,864.22 |
| 03/21/2016 | 3003 | Miller Wells PSC | paid per order of court dated 2/8/2016: 1/3 of funds received in installments; Doc. 29 | 3210-000 | | $22,222.22 | $200,642.00 |
| 03/22/2016 | (2) | Pivotal Payments | paid per order dated Dec. 4, 2014, ECF Doc.26 | 1149-000 | $66,666.66 | | $267,308.66 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $376.81 | $266,931.85 |
| 04/21/2016 | (2) | Pivotal Payments | INstallment payment on settlement of law suit per order dated 12/4/2015, Doc. # 26 | 1149-000 | $66,666.66 | | $333,598.51 |
| 04/21/2016 | 3004 | Miller Wells PSC | paid per order of the court dated 2/8/2016, ECF No. 29 | 3210-000 | | $22,222.22 | $311,376.29 |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $437.47 | $310,938.82 |
| 05/18/2016 | 3005 | International Sureties LTD | Trustee Bond 2016-2017 | 2300-000 | | $149.76 | $310,789.06 |
| 05/23/2016 | (2) | Pivotal Payments | paid per settlement order dated 2/8/2016, ECF No. 29 | 1149-000 | $66,666.66 | | $377,455.72 |
| 05/23/2016 | 3006 | Miller Wells | paid per order of the court dated 2/8/2016, ECF No. 29 | 3210-000 | | $22,222.22 | $355,233.50 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $521.12 | $354,712.38 |
| 06/20/2016 | (2) | Pivotal Payments, Inc. | final payment paid per settlement order dated 2/8/2016, ECF No. 29 | 1149-000 | $66,666.70 | | $421,379.08 |
| 06/20/2016 | 3007 | Miller Wells | paid per order of the court dated 2/8/2016, ECF No. 29 | 3210-000 | | $22,222.22 | $399,156.86 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $577.95 | $398,578.91 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $642.88 | $397,936.03 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $641.84 | $397,294.19 |
| 09/02/2016 | 3008 | Kentucky State Treasurer | Corp tax | 2820-000 | | $175.00 | $397,119.19 |

**SUBTOTALS**  $600,000.00   $202,880.81

FORM 2

Page No: 2     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-52308 | Trustee Name: | Phaedra Spradlin |
|---|---|---|---|
| Case Name: | MMS RESOURCES, INC. | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***1162 | Checking Acct #: | ******2308 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/15/2011 | Blanket bond (per case limit): | $6,000,000.00 |
| For Period Ending: | 11/16/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/29/2016 | 3009 | Dean Dorton Allen Ford, PLLC | accountant fees paid per order dated 9/27/2016 ECF No. 39 | 3410-000 | | $2,491.25 | $394,627.94 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $619.98 | $394,007.96 |
| 11/15/2016 | 3010 | Miller Wells | remainder of attorney fee per order dated 2/18/2016, DE 29 | 3210-000 | | $888.90 | $393,119.06 |
| 11/15/2016 | 3011 | Miller Wells | attorney expenses per order dated 2/18/2016, DE 29 | 3220-000 | | $2,610.16 | $390,508.90 |
| 12/15/2016 | 3012 | Phaedra Spradlin, Chapter 7 Trustee | Trustee Compensation | 2100-000 | | $33,250.00 | $357,258.90 |
| 12/15/2016 | 3012 | VOID: Phaedra Spradlin, Chapter 7 Trustee | voided this check and divided into 4 checks. I can't deposit more than $10,000.00 per day into my account. | 2100-003 | | ($33,250.00) | $390,508.90 |
| 12/15/2016 | 3013 | Phaedra Spradlin | Trustee Expenses | 2200-000 | | $155.66 | $390,353.24 |
| 12/15/2016 | 3014 | KENTUCKY DEPARTMENT OF REVENUE | Final Account Number: ; Claim #: 1; Distribution Dividend: 100.00; Amount Allowed: 899.76; | 5800-000 | | $899.76 | $389,453.48 |
| 12/15/2016 | 3015 | INTERNAL REVENUE SERVICE | Final Account Number: ; Claim #: 4; Distribution Dividend: 100.00; Amount Allowed: 70,167.00; | 5800-000 | | $70,167.00 | $319,286.48 |
| 12/15/2016 | 3016 | AMERICAN ELECTRIC POWER | Final Account Number: ; Claim #: 2; Distribution Dividend: 24.99; Amount Allowed: 986.78; | 7100-000 | | $246.62 | $319,039.86 |
| 12/15/2016 | 3017 | LIBERTY HOLDING GROUP, INC. | Final Account Number: ; Claim #: 3; Distribution Dividend: 24.99; Amount Allowed: 677,342.79; | 7100-000 | | $169,294.18 | $149,745.68 |
| 12/15/2016 | 3018 | INTERNAL REVENUE SERVICE | Final Account Number: ; Claim #: 4; Distribution Dividend: 24.99; Amount Allowed: 37,293.27; | 7100-000 | | $9,321.03 | $140,424.65 |
| 12/15/2016 | 3019 | NAGLE PROPERTIES A/K/A PEACHTREE PROPERTY INC | Final Account Number: ; Claim #: 5; Distribution Dividend: 24.99; Amount Allowed: 63,803.62; | 7100-000 | | $15,946.99 | $124,477.66 |
| 12/15/2016 | 3020 | Wanda Reaper | Final Account Number: ; Claim #: 6; Distribution Dividend: 24.99; Amount Allowed: 50,000.00; | 7100-000 | | $12,496.94 | $111,980.72 |
| 12/15/2016 | 3021 | Traci Riddle | Final Account Number: ; Claim #: 6; Distribution Dividend: 24.99; Amount Allowed: 50,000.00; | 7100-000 | | $12,496.94 | $99,483.78 |
| 12/15/2016 | 3022 | Rosi Moreland | Final Account Number: ; Claim #: 6; Distribution Dividend: 24.99; Amount Allowed: 50,000.00; | 7100-000 | | $12,496.94 | $86,986.84 |
| 12/15/2016 | 3023 | Nichole (Adams) Vanderpool | Final Account Number: ; Claim #: 6; Distribution Dividend: 24.99; Amount Allowed: 50,000.00; | 7100-000 | | $12,496.94 | $74,489.90 |
| | | | **SUBTOTALS** | | $0.00 | $322,629.29 | |

# FORM 2

Page No: 3    Exhibit 9

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-52308 | | Trustee Name: | Phaedra Spradlin |
| Case Name: | MMS RESOURCES, INC. | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***1162 | | Checking Acct #: | ******2308 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/15/2011 | | Blanket bond (per case limit): | $6,000,000.00 |
| For Period Ending: | 11/16/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/15/2016 | 3024 | Misty Yates | Final Account Number: ; Claim #: 6; Distribution Dividend: 24.99; Amount Allowed: 50,000.00; | 7100-000 | | $12,496.94 | $61,992.96 |
| 12/15/2016 | 3025 | Christy Goldsworthy | Final Account Number: ; Claim #: 6; Distribution Dividend: 24.99; Amount Allowed: 40,000.00; | 7100-000 | | $9,997.55 | $51,995.41 |
| 12/15/2016 | 3026 | Ludi Harley | Final Account Number: ; Claim #: 6; Distribution Dividend: 24.99; Amount Allowed: 30,000.00; | 7100-000 | | $7,498.16 | $44,497.25 |
| 12/15/2016 | 3027 | Beth Roberts | Final Account Number: ; Claim #: 6; Distribution Dividend: 24.99; Amount Allowed: 15,000.00; | 7100-000 | | $3,749.08 | $40,748.17 |
| 12/15/2016 | 3028 | Gina McDowell | Final Account Number: ; Claim #: 6; Distribution Dividend: 24.99; Amount Allowed: 10,000.00; | 7100-000 | | $2,499.39 | $38,248.78 |
| 12/15/2016 | 3029 | Michell (McBride) Young | Final Account Number: ; Claim #: 6; Distribution Dividend: 24.99; Amount Allowed: 10,000.00; | 7100-000 | | $2,499.39 | $35,749.39 |
| 12/15/2016 | 3030 | Tammy Ronan | Final Account Number: ; Claim #: 6; Distribution Dividend: 24.99; Amount Allowed: 10,000.00; | 7100-000 | | $2,499.39 | $33,250.00 |
| 12/15/2016 | 3031 | Phaedra Spradlin, Chapter 7 Trustee | partial trustee fee per order dated 12/12/2016 | 2100-000 | | $4,000.00 | $29,250.00 |
| 01/02/2017 | 3032 | Phaedra Spradlin, Chapter 7 Trustee | partial trustee fee per order dated 12/12/2016 | 2100-000 | | $10,000.00 | $19,250.00 |
| 01/03/2017 | 3033 | Phaedra Spradlin, Chapter 7 Trustee | partial trustee fee per order dated 12/12/2016 | 2100-000 | | $10,000.00 | $9,250.00 |
| 01/04/2017 | 3034 | Phaedra Spradlin, Chapter 7 Trustee | remainder of trustee fee per order dated 12/12/2016 | 2100-000 | | $9,250.00 | $0.00 |
| 01/25/2017 | 3024 | STOP PAYMENT: Misty Yates | Final Account Number: ; Claim #: 6; Distribution Dividend: 24.99; Amount Allowed: 50,000.00; | 7100-004 | | ($12,496.94) | $12,496.94 |
| 01/25/2017 | 3035 | Misty Yates | Final Account Number: ; Claim #: 6; Distribution Dividend: 24.99; Amount Allowed: 50,000.00; | 7100-000 | | $12,496.94 | $0.00 |
| 02/03/2017 | 3021 | STOP PAYMENT: Traci Riddle | Final Account Number: ; Claim #: 6; Distribution Dividend: 24.99; Amount Allowed: 50,000.00; | 7100-004 | | ($12,496.94) | $12,496.94 |
| 02/03/2017 | 3036 | Traci Riddle | Final Account Number: ; Claim #: 6; Distribution Dividend: 24.99; Amount Allowed: 50,000.00; | 7100-000 | | $12,496.94 | $0.00 |
| 03/06/2017 | 3029 | STOP PAYMENT: Michell (McBride) Young | Final Account Number: ; Claim #: 6; Distribution Dividend: 24.99; Amount Allowed: 10,000.00; contacted by payee; she did not receive the check. Have new address for her | 7100-004 | | ($2,499.39) | $2,499.39 |
| | | | **SUBTOTALS** | | $0.00 | $71,990.51 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-52308 | | Trustee Name: | Phaedra Spradlin |
|---|---|---|---|---|
| Case Name: | MMS RESOURCES, INC. | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***1162 | | Checking Acct #: | ******2308 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/15/2011 | | Blanket bond (per case limit): | $6,000,000.00 |
| For Period Ending: | 11/16/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/06/2017 | 3037 | Michell (McBride) Young Woods | Final Account Number: ; Claim #: 6; Distribution Dividend: 24.99; Amount Allowed: 10,000.00; contacted by payee; she did not receive the check. Have new address for her | 7100-000 | | $2,499.39 | $0.00 |
| 06/01/2017 | 3030 | STOP PAYMENT: Tammy Ronan | Final Account Number: ; Claim #: 6; Distribution Dividend: 24.99; Amount Allowed: 10,000.00; | 7100-004 | | ($2,499.39) | $2,499.39 |
| 06/01/2017 | 3027 | STOP PAYMENT: Beth Roberts | Final Account Number: ; Claim #: 6; Distribution Dividend: 24.99; Amount Allowed: 15,000.00; | 7100-004 | | ($3,749.08) | $6,248.47 |
| 06/06/2017 | 3038 | CLERK, U.S. BANKRUPTCY COURT | Treasury Registry Fund Claim 6(h) per order dated 6/6/2017 | 7100-001 | | $3,749.08 | $2,499.39 |
| 06/06/2017 | 3039 | CLERK, U.S. BANKRUPTCY COURT | Treasury Registry Fund Claim 6(k) paid per order dated 6/6/2017 | 7100-001 | | $2,499.39 | $0.00 |
| | | | **TOTALS:** | | $600,000.00 | $600,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $600,000.00 | $600,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $600,000.00 | $600,000.00 | |

| For the period of 8/15/2011 to 11/16/2017 | | For the entire history of the account between 02/08/2016 to 11/16/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $600,000.00 | Total Compensable Receipts: | $600,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $600,000.00 | Total Comp/Non Comp Receipts: | $600,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $600,000.00 | Total Compensable Disbursements: | $600,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $600,000.00 | Total Comp/Non Comp Disbursements: | $600,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-52308 | Trustee Name: | Phaedra Spradlin |
|---|---|---|---|
| Case Name: | MMS RESOURCES, INC. | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***1162 | Checking Acct #: | ******2308 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/15/2011 | Blanket bond (per case limit): | $6,000,000.00 |
| For Period Ending: | 11/16/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $600,000.00 | $600,000.00 | $0.00 |

**For the period of 8/15/2011 to 11/16/2017**

| | |
|---|---|
| Total Compensable Receipts: | $600,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $600,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $600,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $600,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/15/2011 to 11/16/2017**

| | |
|---|---|
| Total Compensable Receipts: | $600,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $600,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $600,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $600,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ PHAEDRA SPRADLIN

PHAEDRA SPRADLIN